IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOLLY WATSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:10CV447-CSC |
| | )             (WO) |
| LINCARE, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

For good cause, it is

ORDERED that the pretrial conference presently set in this case on August 4, 2011, be and is hereby CANCELLED.

Done this 27TH day of July, 2011.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    UNITED STATES MAGISTRATE JUDGE